No. 84–6474. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex.;
No. 84–6551. BONHAM *v.* TEXAS. Ct. Crim. App. Tex.;
No. 84–6596. LEWIS *v.* ILLINOIS. Sup. Ct. Ill.;
No. 84–6651. THOMPSON *v.* TEXAS. Ct. Crim. App. Tex.;
No. 84–6653. FLAMER *v.* DELAWARE. Sup. Ct. Del.;
No. 84–6771. ROACH *v.* MARTIN, WARDEN, ET AL. C. A. 4th Cir.;
No. 84–6823. WALKER *v.* GEORGIA. Sup. Ct. Ga.;
No. 84–6833. DUFF-SMITH *v.* TEXAS. Ct. Crim. App. Tex.;
No. 84–6852. BROWN *v.* FRANCIS, WARDEN. Sup. Ct. Ga.;
No. 84–6861. MATHIS *v.* KEMP, WARDEN. Sup. Ct. Ga.;
No. 84–6879. JOHNSON *v.* FLORIDA. Sup. Ct. Fla.;
No. 84–6899. HOPKINSON *v.* WYOMING. Sup. Ct. Wyo.;
No. 84–6907. DICK *v.* GEORGIA. Sup. Ct. Ga.;
No. 84–6911. BURDEN *v.* KEMP, WARDEN. Sup. Ct. Ga.;
No. 84–6970. DAMON *v.* SOUTH CAROLINA. Sup. Ct. S. C.;
No. 85–5044. STAFFORD *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 85–5095. PROVENS *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, ET AL. C. A. 6th Cir.;
No. 85–5119. OATS *v.* FLORIDA. Sup. Ct. Fla.;
No. 85–5212. GRAYSON *v.* ALABAMA. Sup. Ct. Ala.;
No. 85–5220. PINKERTON *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;
No. 85–5224. POYNER *v.* VIRGINIA. Sup. Ct. Va; and
No. 85–5225. POYNER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. Reported below: No. 84–6474, 691 S. W. 2d 619;

No. 84–6551, 680 S. W. 2d 815; No. 84–6596, 105 Ill. 2d 226, 473 N. E. 2d 901; No. 84–6651, 691 S. W. 2d 627; No. 84–6653, 490 A. 2d 104; No. 84–6771, 757 F. 2d 1463; No. 84–6823, 254 Ga. 149, 327 S. E. 2d 475; No. 84–6833, 685 S. W. 2d 26; No. 84–6852, 254 Ga. 83, 326 S. E. 2d 735; No. 84–6879, 465 So. 2d 499; No. 84–6899, 696 P. 2d 54; No. 84–6970, 285 S. C. 125, 328 S. E. 2d 628; No. 85–5044, 700 P. 2d 223; No. 85–5119, 472 So. 2d 1143; No. 85–5212, 479 So. 2d 76; Nos. 85–5224 and 85–5225, 229 Va. 401, 329 S. E. 2d 815.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.